Case 1:16-cv-01949-KOB-JHE   Document 1   Filed 12/06/16   Page 1 of 10

CV-16-BE-1949-E

FILED
2016 Dec-07 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2016 DEC -6 A 11:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: #217628

Reginald Wayne Baker

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

(Corizon) Bibb Correctional Facility
(Corizon) Childersberg Work Center
Alabama Board of Pardons and Parole
Alabama Department of Corrections

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( X )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( X )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure
Yes ( X )   No ( )

C. If your answer is YES:

1. What steps did you take? I Filed Available grievance on Corizon, Bibb Facility, And Childersburg Work Center

2. What was the result? None

D. If your answer is NO, explain why not? _____

2

III. Parties
In Item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Reginald Wayne Baker

Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Corizon
   is employed as Health Care
   at Alabama Department of Corrections

C. Additional Defendants Bibb Correctional Facility
   Childersberg Work Center
   Alabama Board of Pardons And Parole
   Alabama Department of Corrections

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set fort each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary

Please see Attached letter (Facts)

## ATTACHMENT TO GRIEVANCE

FROM: Reginald Wayne Baker # 217628

November 28, 2016

I am a disabled person, and I have been continually denied proper medical treatment by Corizon. Because of the improper treatment I have received, my medical conditions have gotten worse.

1. I have had bilateral hip replacement surgery, as well as right ankle replacement. I told both the Department of Corrections and Corizon about my disability, yet I was forced to work in the kitchen while at Bibb County Correctional, or go to lock-up. Working in the kitchen made my disability worse.

2. I have a blood disorder, and I have been denied proper medication, which includes having my blood checked. This has caused the condition to worsen, causing sores to break out on me and other problems.

3. I have been diagnosed with hepatitis C, and I have not been receiving any medication or treatment for this disease, even though I have asked for it repeatedly.

① I am hearby fileing suit against Corizon healt care Dr Pavilaski and Bibb Correctional Facilaty for refusing me proper medical treatment, neglect, and cruel and unusuall punishment of a Disabled inmate. During intake at K.C.F. I told medical and all intake staff my medical problems and disabilities. I've been disabled for nine years due to biolateral hip replacements (both hips) and my right ankle has also been replaced due to a bone desease causing my joints to detuerate. I have very limited mobility and chronic pain daily. A week after being at Bibb I was forced to work in kitchen until I could not walk. I told staff and medical that I was not physically able to do work of anykind due to my disabilities and was told that I would work or go to lock-up without a no-work order from Doctor which he would not give me because he didn't believe me and would not get my Disability medical records which resulted in me not being able to walk without a walker or cane. Only then did he do x-rays and write no-work and no standing order. I am now permently on a cane and or walker with constant pain. I can no longer do half the things I could before they crippled me and they refused to send me to ~~send me to~~ an Orthapetic Doctor instead they shipped me to a work-release center where there is no handicap accesories at all and I'm still being denied

proper medical treatment.

② I am now at Childersburg Community Work Center where it's humiliating and almost impossible to get around on a cane and is impossible with a walker which I really need at this point. I have begged Corizon, Dr Butler to send me to proffesional medical opinion and he refuses also. I now have permanent damage and constant pain because of this. I also have a rare skin desease that causes really bad blisters and sores because of sun U-V Rays. Only a week now after thirteen months without it did I get my medication started for that which I've been on for years and will be for the rest of my life. And I'm supposed to do a phlebotomy each month, that I have a standing order for at Russell Hospital as part of my disability also and for thirteen months now I haven't had one because Corizon and D.O.C. refuse me medical care that was proven in front of a Federal judge for the state of Alabama that I need this care for the rest of my life. Now I made parole they are sending me to a program that don't even have medical care when I have four Doctors of my own and insurance to pay for it. I am fileing suit on Corizon Dr Pavalaski and Bibb Facility (D.O.C.) and Corizon Dr Butler and Childersberg Work Center for refusing me proper medical treatment, neglect and cruel and unusual punishment on a disabled prisoner at this time. Dr Butler also

(4) — I am most certianally sure that if I had not been denied level one custody by classification here at C.C.W.C. I would not have been sent to life-Tech after making parole. I was told that because of me being disabled I could not make level one custody. I have been through the same steps to earn my custody as anyone else but I've been here 8 months and was still level 2 which I'm sure had alot to do with the decision to send me to life-tech. When in fact the only reason my custody never droped was because of my disabilities which again is mistreatment of a disabled inmate which resulted in me not going home after making parole. I'm a nonviolate offender with no disaplinary or write up of any kind and my disabilities should not stoped me from getting my level one custody as I was told that it did. I truly beleive that had I had level one custody when I made parole I wouldn't have been sent to life-tech. I've only been locked up for 13 months. I need Health Care that I have constantly been denied by D.O.C. and Corizon. They still don't have my disability medical records because they never once cared about my disabilities and still don't. <u>My disabilites were never ackowleged by any of the Defendants</u>. If you pull and review my D.O.C. medical file you will see nothing except for me begging for medical care that I still have not gotten

diagnosed me with Hepatites-C six month's ago and I have ask numerous times for treatment for that and have been denied each time and with proper meds Hep-C can be cured in twelve weeks. I've been asking for six months now and he has refused me treatment. He has now diagnosed me with H-pilori probably due to Hep-C.

(3) → If my disability records had been reviewed to start with, none of this would be taking place. D.O.C., Corizon, and parole board has refused to acknowledge my disabilities (my health issues). And they still are (parole board) or they would let me go home now that I have made parole where I can get the medical care that I very much need instead of making me go to a job training program for six months where there is no medical care and I will never be able to work again any way. I feel very much that I'm a victom of Neglect, cruel and unusual punishment and tremendous humility and mistreatment of a disabled inmate.

At this time I Reginald Baker #217628 am filing suit on D.O.C. C.C.W.C. Corizon Dr Butler
   D.O.C. Bibb Corizon Dr Pavalaski
   And Parole Board for reasons listed in the above letter.

                    Reginald Baker #217628

⑤ Why can't parole board let me go home now that I've made parole. This system has already cripple me permanently, and has constantly (and still are) refusing me medical care. I was supposed to go to Life-Tech today, 12-6-16 and would have E.O.S. one week after program was over. Now I have to wait two more months to go to Life-Tech and I will E.O.S. three months (before) the class is over. It can't be that important for me to go to this program or the would have sent me when they denied me parole on 5-16-16 when I had time to complete it. It's absolutely senseless for them to hold me so that I can take program that I don't even have time to finish. If they would get and look at my disability medical records they would see that all this wouldn't be happening. I'm now crippled and in constant pain and humiliation because of this system D.O.C, Corizon and parole board has absolutely made me a victim of neglect and cruel and unusual punishment and mistreatment of a disabled inmate. I made parole I'm disabled and need medical care that have constantly been refuse. Life-Tech has no health care. I have four Doctors that I've had for Nine years and insurance to pay for it. Why am I still going through such mistreatment of myself and my disabilities.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Would the courts review and investigate and acknowlege that I am a true victom of mistreatment of a disabled inmate resulting in permanent damage physically, mentally and emotionally. Seeks compensation for that and any medical care I may need in future because of this. Such as and most likely Hip replacement again.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-8-16

Reginald Baker
Signature(s)

4